`closed`

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>           Plaintiff,<br><br>      vs.<br><br>YAKI'S, INC. a California corporation, dba THE ORIGINAL YAKI'S TERIYAKI BOWL, et al.,<br><br>           Defendants. | Case No.  5:13-cv-00480-JGB-SP<br><br>**ORDER DISMISSING ACTION** |

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

Dated: October 9, 2013

_____
United States District Judge